IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ENVIRONMENTAL EQUIPMENT & SERVICE COMPANY, | : : : | |
| Plaintiff, | : : | CIVIL ACTION |
| v. | : : : | No. 08-1478 |
| WACHOVIA BANK, N.A., | : : | |
| Defendant. | : : | |

September 23rd, 2010                                                                                 Anita B. Brody, J.

## ORDER

AND NOW, this ___23rd_____ day of September, 2010, it is **ORDERED** that Defendant's Motion for Summary Judgment (Doc. #69) is **GRANTED** in part and **DENIED** in part, as follows:

•     Defendant's Motion on Plaintiff's Negligence Claim is **GRANTED**.

•     Defendant's Motion on Plaintiff's Breach of Contract Claim is **GRANTED**.

•     Defendant's Motion on Plaintiff's Breach of Duty of Good Faith and Fair Dealing Claim is **GRANTED**.

•     Defendant's Motion on Plaintiff's Pennsylvania Uniform Fiduciaries Act Claim is **GRANTED**.

•     Defendant's Motion on Plaintiff's Pennsylvania Commercial Code Claims is **GRANTED** as to claims barred by the applicable statutes of repose and limitations but **DENIED** as to claims not barred by the applicable statutes of repose and limitations.

        ▸     Plaintiff's Pennsylvania Commercial Code claims survive as to checks

> containing alterations or forged drawer signatures and appearing on account statements on October 31, 2005 or after.

> ▸ Plaintiff's Pennsylvania Commercial Code claims survive as to checks containing forged indorsements and negotiated on February 25, 2005 or after.

▸ Defendant's Motion on Plaintiff's Aiding and Abetting Claim is **GRANTED** as to claims barred by the applicable statute of limitations but **DENIED** as to claims not barred by the applicable statute of limitations.

> ▸ Plaintiff's aiding and abetting claims survive as to any aiding and abetting that took place on February 25, 2006 or after.

s/Anita B. Brody

_____
Anita B. Brody,      J.

COPIES VIA ECF ON      TO:      COPIES MAILED ON      TO: