**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ENVIRONMENTAL SERVICE &** | : | **CIVIL ACTION** |
| **EQUIPMENT COMPANY** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **WACHOVIA BANK, N.A., et al.** | : | **No. 08-1478** |

## <u>O R D E R</u>

**AND NOW, this**     22nd     **day of** November , 2010, **IT IS ORDERED** that

**a CIVIL JURY TRIAL**[1] shall commence on **Monday, January 10, 2011** at **10:00 a.m.**,

in Courtroom 7-B on the 7th Floor of the U.S. Courthouse, 601 Market St., Philadelphia,

PA.

ATTEST
BY:                              or          BY THE COURT


        s/Marie O'Donnell
_____          _____
Civil Deputy/Secretary                      Anita B. Brody,        J.



COPIES VIA ECF ON        TO:     COPIES MAILED ON     TO:



    [1] Reminder: The Final Pretrial Conference is scheduled for December 21, 2010 at 10:00
a.m. in Chambers, Room 7613 on the 7th Floor.